# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-209-KJD-(VCF) |
| ) | |
| CARDELL ROBINSON, ) | |
| aka Cordell Robinson, ) | |
| aka Cardell Robertson, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on May 8, 2012, that CARDELL ROBINSON, aka Cordell Robinson, aka Cardell Robertson shall pay a criminal forfeiture money judgment of $126,800 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. ___; Amended Change of Plea Minutes, ECF No. 68; Order of Forfeiture, ECF No. 59.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CARDELL ROBINSON, aka Cordell Robinson, aka Cardell Robertson a criminal forfeiture money judgment in the amount of $126,800 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28,

...

1 United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21,
2 United States Code, Section 853(p).

3     DATED this \_\_\_1\_\_\_ day of \_\_\_MAY\_\_\_\_, 2013.

_____
UNITED STATES DISTRICT JUDGE