UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER C. LOPEZ,<br><br>Defendant. | 2:12-cr-189-KJD-GWF<br><br>ORDER |

**ORDER**

All parties being in agreement and the best interest of justice being served:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Tuesday, August 13, 2013 at 10:00 a.m., be vacated and continued to Tuesday, September 17, 2013 at the hour of 9:00 a.m. before the Honorable Judge Kent J. Dawson in courtroom 4A.

DATED this 1st day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

3