**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER LOPEZ, ) <br> ) <br> Defendant. ) | 2:12-CR-189-KJD-(GWF) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 1, 2013, defendant ALEXANDER LOPEZ pled guilty to Count One of a One-Count Criminal Information charging him in Count One with Possession of a Stolen Gun, in violation of Title 18, United States Code, Section 922(j). Criminal Information, ECF No. 39; Plea Agreement, ECF No. 41; Change of Plea Minutes, ECF No. 43.

This Court finds defendant ALEXANDER LOPEZ agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Information and the Plea Agreement. Criminal Information, ECF No. 39; Plea Agreement, ECF No. 41.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Information and agreed to in the Plea Agreement and the offense to which defendant ALEXANDER LOPEZ pled guilty. Criminal Information, ECF No. 39; Plea Agreement, ECF No. 41.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. Beretta 9mm, .380 caliber semi-automatic handgun, bearing serial number D80258Y; and

2. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of ALEXANDER LOPEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5   DATED this 12 day of August 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Ray Southwick, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on May 9, 2013, by the below identified method of service:

CM/ECF:

Brenda Weksler
Federal Public Defender
411 E. Bonneville Ste. 250
Las Vegas, NV 89101
Nancy_Vasquez@fd.org
Attorney for Lomando Mark Scott

/s/ Ray Southwick
Ray Southwick
Forfeiture Support Associates Paralegal